IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 21 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| JENNIFER CIRAVOLO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JONATHAN WILLIAM HOLDEN, § § § § § | |
| Plaintiff, § | |
| VS. § | NO. 4:14-CV-200-A |
| TARRANT COUNTY, TEXAS, § § | |
| Defendant. § | |

### FINAL JUDGMENT

Consistent with the offer of judgment filed in the above-captioned action August 20, 2014, by defendant, Tarrant County, Texas, plaintiff's acceptance of such offer of judgment filed August 20, 2014, and the discussions had between the court and the parties and the agreements of the parties expressed during the telephone conference/hearing conducted on the date of the signing of this order with counsel for both sides on the line,

The court ORDERS, ADJUDGES, and DECREES that Jennifer Ciravolo, as Administrator of the Estate of Jonathan William Holden, deceased, have and recover Three Hundred Fifty Thousand Dollars from Tarrant County, Texas.

The court further ORDERS, ADJUDGES, and DECREES that, except for the money judgment granted above, all claims asserted, and all relief sought, by Jennifer Ciravolo, individually, or as Administrator of the Estate of Jonathan William Holden, deceased,

in the second amended complaint and petition for declaratory relief she filed in the above-captioned action on May 23, 2014, be, and are hereby, denied.

The court further ORDERS, ADJUDGES, and DECREES that, as provided in such offer of judgment, Tarrant County, Texas and all its officials and employees be, and are hereby, discharged of all claims and causes of action and all legal and equitable remedies that have been or could have been asserted against any of them by Jennifer Ciravolo, individually, as Administrator of the Estate of Jonathan William Holden, deceased, or in any other capacity, and that the money judgment set forth above finally resolves and discharges whatever claims Jennifer Ciravolo, individually, as Administrator of the Estate of Jonathan William Holden, deceased, or in any other capacity, might have against Tarrant County, Texas, or any of its officials or employees.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action bear all costs and attorney's fees incurred by such party.

SIGNED August 21, 2014.

JOHN McBRYDE
United States District Judge

2